IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**LINDSEY JOHNSON, Individually and on Behalf of All Others Similarly Situated**                              **PLAINTIFF**

vs.                              No. 6:20-cv-6042-RTD

**JGOO, INC., and OSWALDO OSEGUERA**                              **DEFENDANTS**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Lindsey Johnson and Defendants JGOO, Inc., and Oswaldo Oseguera, by and through their respective undersigned counsel, submit the following for their Joint Stipulation of Dismissal with Prejudice:

1. Plaintiff brought this action against Defendants alleging violations of the overtime provisions of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq*., and the Arkansas Minimum Wage Act ("AMWA"), Ark. Code Ann. § 11-4-201, *et seq*.

2. After arm's length negotiations in which Plaintiff and Defendants were represented by counsel, Plaintiff and Defendants reached an agreement that resolves all claims in this lawsuit; Plaintiff and Defendants believe their agreement is a fair, reasonable and adequate compromise of a bona fide dispute.

3. The parties now file this stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii), which allows a case to be dismissed by stipulation if signed by all parties who have appeared.

4. Courts in both the Eastern and Western Districts of Arkansas have agreed that courts are not required to review a settlement under the FLSA where "(1) the

Page 1 of 3
Lindsey Johnson, et al. v. JGOO, Inc., et al.
U.S.D.C. (W.D. Ark.) No. 6:20-cv-6042-RTD
Joint Stipulation of Dismissal with Prejudice

lawsuit is not a collective action; (2) all individual plaintiffs were represented by an attorney from the time of the filing of the complaint through the conclusion of subsequent settlement negotiations; and (3) all parties have indicated to the Court in writing through their attorneys that they wish for their settlement agreement to remain private and that they do not wish for any reasonableness review of their settlement to occur." *Schneider v. Habitat for Humanity Int'l, Inc.*, No. 5:14-cv-5230-TLB, 2015 U.S. Dist. LEXIS 14679, at *7 (W.D. Ark. Feb. 5, 2015) (Brooks, J.); *see also* Order at 1-3, *Stigger v. Stihl Southwest*, No. 6:20-cv-6107-SOH (W.D. Ark. 2021); *Adams v. Centerfold Entm't Club, Inc.,* No. 6:17-cv-6047-SOH, 2018 U.S. Dist. LEXIS 187750, at *2–3 (W.D. Ark. Nov. 2, 2018) (dismissing case without reasonableness review because three factors from Schneider were met); Order at 1-2, *Dennis v. Schell & Kampeter, Inc.*, No. 5:19-cv-296-LPR (E.D. Ark. 2020), ECF No. 34 (dismissing case with prejudice without review after collective was decertified); Order, *Kay v. Cactus Jacks*, No. 4:19-cv-053-LPR (E.D. Ark. Feb. 14, 2020), ECF No. 16 (dismissing case with prejudice without review based upon the parties' stipulation in light of *Schneider*); Order, *Marshall v. United Inv. Solutions, Inc.,* No. 4:18-cv-761-JM (E.D. Ark. Jan. 16, 2019), ECF No. 5 (dismissing case with prejudice without review based upon the parties' stipulation); *Perez v. Garcia*, No. 4:16-cv-81-KGB, 2016 U.S. Dist. LEXIS 165788, at *2 (E.D. Ark. Dec. 1, 2016) (Baker, J.) (same) (citing *Martin v. Spring Break '83 Prods., L.L.C.,* 688 F.3d 247, 256 (5th Cir. 2012)).

5.     The Court has not certified a collective action class, nor does the parties' agreement purport to resolve any claims on behalf of any class.

Page 2 of 3
Lindsey Johnson, et al. v. JGOO, Inc., et al.
U.S.D.C. (W.D. Ark.) No. 6:20-cv-6042-RTD
Joint Stipulation of Dismissal with Prejudice

6. The parties hereby stipulate to the dismissal of this action with prejudice, with each side to bear its own fees and costs.

7. As the parties' agreement contemplates payments not yet tendered, the parties request that the Court retain jurisdiction of this matter for 30 days for the limited purpose of enforcing the agreement, if necessary.

Respectfully submitted,

**PLAINTIFF LINDSEY JOHNSON**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**and**   **JGOO, INC. and OSWALDO OSEGUERA, DEFENDANTS**

HURST LAW GROUP
518 Ouachita Avenue
Hot Springs, Arkansas 71901
Telephone: (501) 623-2565
Facsimile: (501) 623-9391

*/s/ Q. Byrum Hurst*
Q. Byrum Hurst
Ark. Bar No. 74082
qbyrum@hurstlaw.org

Page 3 of 3
Lindsey Johnson, et al. v. JGOO, Inc., et al.
U.S.D.C. (W.D. Ark.) No. 6:20-cv-6042-RTD
Joint Stipulation of Dismissal with Prejudice