IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LINDSEY JOHNSON, Individually and
on Behalf of All Others Similarly Situated                                                  PLAINTIFF

v.                                          Case No. 6:20-cv-06042

JGOO, INC. and OSWALDO OSEGUERA                                                      DEFENDANTS

**ORDER**

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. (ECF No. 39). The Court finds that no response is necessary and that the matter is ready for consideration. The parties indicate that they have settled all disputes between them. They ask the Court to dismiss this case with prejudice, with each party bearing its own costs and attorneys' fees.

An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." G*ardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984). Thus, the parties' claims were effectively dismissed when the parties filed the instant stipulation. However, this order issues for the purpose of maintaining the Court's docket.

Accordingly, it is **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each party bearing its own costs and attorneys' fees. If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this judgment. The Court retains jurisdiction to vacate this order upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED** this 18th day of March 2022.

/s/ *Robert T. Dawson*
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**